IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BARRY L. SULLIVAN
PETITIONER

VS.                                  CASE NO. 2:05CV00241 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction
RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 15th day of November, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE