IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BARRY L. SULLIVAN                                                          PETITIONER

VS.                       CASE NO. 2:05CV00241 SWW

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                        RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, granted. Respondent is directed to (a) consider, within twenty days and in good faith, transferring Petitioner to a CCC for the remaining part of his six month sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 policy; and (b) placing Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

SO ADJUDGED this 15th day of November, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE